AO 91 (Rev. 11/11) Criminal Complaint         AUSA Thomas R. Peabody (312) 371-8503




FILED
9/10/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CARLOS ROSAS,
    also known as "King"

CASE NUMBER: **21 CR 567**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 9, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | The defendant did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, approximately 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*(signed)* GARRETT MALLOY
Special Agent
Drug Enforcement Administration

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 10, 2021

*(signed)*
Judge's signature

City and state: Chicago, Illinois        MARIA VALDEZ, U.S. Magistrate Judge
                                          *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, GARRETT MALLOY, being duly sworn, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been so employed for approximately 18 years. My current responsibilities include the investigation of narcotics-trafficking offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that CARLOS ROSAS, also known as "King," has violated Title 21, United States Code, Section 841(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ROSAS with possession with the intent to distribute narcotics, I have not included every fact known to me concerning this investigation. I have set forth facts that I believe establish probable cause that the defendant committed the offense alleged in the complaint.

3. This affidavit is based upon my personal knowledge and my review of: (a) consensually recorded conversations and face-to-face meetings; (b) reports prepared by, and information obtained from, other law-enforcement agents and officers; (c) surveillance; (d) information obtained from a confidential source; and (e) law-enforcement databases.

## FACTS SUPPORTING PROBABLE CAUSE

4. In summary, a confidential source ("CS")[1] notified the DEA that a Hispanic male, referred to as "King," was known to distribute kilogram quantities of heroin. On August 26, 2021, the CS purchased, at the DEA's direction, approximately 130.5 gross grams of a mixture that tested presumptively positive for fentanyl from "King." On September 9, 2021, the CS, again at the DEA's direction, met with "King" to purchase more heroin. The CS met with "King" in a silver sedan, as observed be DEA agents. The DEA then approached the sedan, found a bag, weighing 487 gross grams, containing heroin in the backseat, and arrested "King." Following the arrest, DEA identified "King" as ROSAS.

### A. Background and the Initial CS Transaction

5. On or about August 18, 2021, the CS reported to the DEA that a Hispanic male, referred to as "King," was recently released from federal prison[2] and that he distributes kilogram quantities of heroin on the Westside of Chicago. The CS provided a cellphone number for "King," and records from AT&T provided in response

---

[1] The CS is a third-party cooperator, cooperating vicariously with the DEA on behalf of an immediate family member who is facing federal charges and is expected to be sentenced in October 2021. The CS expects that his/her cooperation will lead to a favorable sentencing recommendation for his/her relative on behalf of the government. The DEA established the CS in late August 2021. The CS has not been paid, and there is no expectation that he/she will be. The CS's criminal history includes a murder charge, which was dismissed, and controlled-substance offenses.

[2] Based on facts currently known to the DEA, including information contained in reports of ROSAS's criminal history, ROSAS did not in fact complete a federal sentence at any point in the last several years.

to a subpoena did not result in subscriber identification. The CS stated that he/she was in a position to purchase heroin from "King."

6. On or about August 18, 2021, the CS stated that "King" had been observed in a red Chevrolet SUV, and he/she provided the license plate number. According to information obtained from the Illinois Secretary of State's Office, the vehicle, based on its license plate, is registered to a woman who, after his arrest on September 9, 2021, ROSAS identified as the mother of his child ("ROSAS's Associate").

7. On or about August 25, 2021, the CS, at the DEA's direction, placed a consensually recorded telephone call to "King," now known as ROSAS.[3] A DEA agent was present during the August 25 call. In substance, and not verbatim, during the call, the CS arranged to purchase 100 grams of heroin from ROSAS at a McDonald's located near 2005 West Chicago Avenue at approximately 5:00 p.m. the following day, August 26, 2021.

8. On or about August 26, 2021, the DEA met at a predetermined location with the CS before the planned heroin purchase, and the DEA searched him/her and

---

[3] During the investigation, the DEA misidentified "King" as another individual and not ROSAS. Specifically, the investigation revealed two vehicles driven by "King": the red Chevrolet mentioned above and the silver sedan discussed below, both of which are registered in the name of ROSAS's Associate. According to law-enforcement databases, ROSAS's Associate shares her residence with one other adult male, who the DEA, prior to the arrest of ROSAS, believed to have been "King" based on the shared residence. As explained in this affidavit, the DEA has now identified ROSAS as "King" based on, among other ways, his affirmative identification, a fingerprint match, and voice similarities.

his/her vehicle for contraband and found none. The DEA then provided the CS with $5,000 in cash and equipped the CS with an audio-recording device.

9. The DEA established surveillance in the area. Agents observed the CS enter the McDonald's, return to his vehicle, and reenter the McDonald's. Minutes later, the CS and ROSAS exited the McDonald's and entered the CS's vehicle, with the DEA conducting mobile surveillance. The DEA observed the CS's vehicle park at approximately 2021 West Superior Street, approximately one block south of the McDonald's. A short time later, the CS and ROSAS exited the vehicle and entered a nearby silver sedan, which, based on the license plate and according to information obtained from the Illinois Secretary of State's Office, is also registered to ROSAS's Associate. The CS then exited the silver sedan and drove his/her vehicle to a predetermined location to meet with the DEA. DEA agents also maintained surveillance on the silver sedan with ROSAS inside, and agents later observed him outside of the vehicle in an alley.[4]

10. At the predetermined location, the CS provided the DEA with a clear plastic baggie. The DEA searched the CS for other contraband and found none. The baggie weighed approximately 130.5 gross grams, and it field tested positive for the presence of fentanyl.

---

[4] Agents identified ROSAS by his appearance as the man who had met with the CS at the McDonald's and entered the silver sedan.

### B. The September 9, 2021 Possession with Intent

11. On or about September 7, 2021, the CS, at the DEA's direction and with a DEA agent present, placed another consensually recorded call to "King" using the previously identified phone number. In substance, and not verbatim, the CS requested to purchase a kilogram or more of heroin from ROSAS. ROSAS told the CS he would call back to confirm. ROSAS did not call the CS until the evening of on or about September 8, 2021. That call was not recorded and the DEA was not present, but the CS reported to the DEA that "King" stated that the kilogram would likely cost between $45,000 and $48,000, depending on quality. The two arranged to meet at the same location at about the same time on September 9, 2021.

12. On or about September 9, 2021, at approximately 4:30 p.m., the DEA met with the CS at a predetermined location and searched him/her and his/her vehicle for contraband and found none. The DEA equipped the CS with an audio-recording device. The CS then traveled to the McDonald's parking lot with the DEA conducting surveillance of the area.

13. In the McDonald's parking lot, the DEA observed the CS enter the McDonald's, exit, and return to his vehicle. At about 5:46 p.m., the DEA observed ROSAS enter the McDonald's lot in the same silver sedan from the August 26 transaction. The DEA then observed the CS exit his vehicle and enter ROSAS's sedan through the passenger-side door. The CS then exited the sedan and gave the DEA a prearranged signal to indicate that ROSAS had narcotics with him.

14. The DEA then approached the sedan, observing ROSAS in the driver's seat. No one else was in the vehicle. In the back passenger seat, the DEA observed a plastic bag containing approximately one-half of a kilogram, or 500 grams, of suspect heroin. The DEA then arrested ROSAS.

15. The plastic bag field tested positive for the presumptive presence of heroin. The DEA weighed the bag, and it had a gross weight of approximately 487 gross grams.

C. **The Identification of ROSAS and His Statements**

16. Following his arrest, ROSAS provided his name to law enforcement with a birthdate of \*\*/\*\*/1975, which matches the birthdate for the CARLOS ROSAS listed in law-enforcement databases.[5] Further, pictures of ROSAS contained in those law enforcement databases match the ROSAS the DEA arrested.

17. Moreover, according to a DEA agent who conducted the surveillance of ROSAS on August 26, 2021, following the transaction with the CS, he appears to be the same individual who the DEA arrested on September 9, 2021. The DEA agent recognized ROSAS, despite the fact that, on August 26, 2021, he was observed wearing a face mask/covering. DEA agents who heard the phone calls between the CS and the man identified as "King" also had an opportunity to hear ROSAS speak

---

[5] ROSAS had two forms of identification on him, both with the name "Bruno Rosas." One, based on the training and experience of DEA agents with whom I have consulted, was a fake identification card, and the other was a Kentucky card. ROSAS explained that "Bruno" was his relative and that he had been using the IDs as fakes.

before, during, and following his arrest, and the voice on the call with the CS and ROSAS's voice were similar.

18. In addition, following his arrest, ROSAS was fingerprinted. The Niles PD submitted those fingerprint scans to the FBI's Information Services Division, which positively identified ROSAS as CARLOS ROSAS.[6]

19. While en route to a local police station, ROSAS stated to DEA agents, in substance and not verbatim, that he owed his source money and he wanted to work with the DEA to get back on the street. At the station, ROSAS was provided with *Miranda* warnings. Following those warnings, ROSAS stated, in substance and not verbatim, that with respect to the August 26, 2021 transaction, a source fronted him the narcotics before he sold them. He stated further that, with respect to the September 9, 2021 transaction, he received the heroin from the same source.

## CONCLUSION

20. I submit that there is probable cause to support the complaint charging that on or about September 9, 2021, at Chicago, in the Northern District of Illinois, defendant, CARLOS ROSAS, did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, approximately 100 grams or more of a

---

[6] Based on the FBI's response and ROSAS's criminal history, it appears that he has used several alias names and birthdates over the years.

mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER AFFIANT SAYETH NOT.

_____
GARRETT MALLOY
Special Agent
Drug Enforcement Administration

SWORN TO AND AFFIRMED by telephone September 10, 2021.

_____
Honorable MARIA VALDEZ
United States Magistrate Judge

8